THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES L. GREMP and KAREN E. GREMP, husband and wife, | ) ) ) | |
| Plaintiffs, | ) ) ) | No. C08-0558 RSM |
| v. | ) ) ) | **STIPULATION AND ORDER REGARDING DEFENDANTS' ANSWER DATE** |
| RICHARD RAMSEY and BARBARA WEBB, husband and wife and the marital community comprised thereof; KURTIS HOLMES and HITOMI HOLMES, husband and wife and the marital community comprised thereof; AIP VENTURES, LLC, a Washington limited liability company; and BLAIR SONTHREELLE and JANE DOE SONTHREELLE, husband and wife and the marital community comprised thereof, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION**

WHEREAS Plaintiffs filed a Motion to Amend their Complaint and a proposed Amended Complaint on July 28, 2008;

WHEREAS Defendants did not oppose Plaintiffs' Motion to Amend their Complaint, and filed Motions to Dismiss Plaintiffs' Amended Complaint on October 6, 2008;

WHEREAS, the Court granted Defendants' Motions to Dismiss in part, and denied them in part, in an Order dated January 14, 2009.

STIPULATION AND ORDER RE DEFENDANTS'
ANSWER DATE - 1
CASE NO. CV08-0558 RSM

122953.0002/1675216.2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1    WHEREAS, the Court's January 14, 2009 Order directed Defendants to file Answers

2    to Plaintiffs' Amended Complaint within thirty days of the Court's Order; and

3    WHEREAS, Plaintiffs and Defendants have scheduled a mediation of all issues and

4    claims on March 11, 2009;

5    THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate

6    and agree as follows:

7    In the event that the Parties do not reach a settlement of all issues and claims at the

8    mediation scheduled for March 11, 2009, Defendants will file their Answers to Plaintiffs'

9    Amended Complaint on or before April 1, 2009.

10   DATED:  February 13, 2009

11

12                                          LAWRENCE & FINKELSTEIN, P.L.L.C.

13

14   By _____
                                            Fred S. Finkelstein, WSBA #14340
15                                          600 University Street, Suite 902
                                            Seattle, Washington  98101
16                                          Telephone:  (206) 587-2332
                                            Facsimile:  (206) 587-2343
17                                          Attorneys for Plaintiffs

18   DANIELSON HARRIGAN LEYH &
     TOLLEFSON LLP

19

20   By _____
                                            Timothy G. Leyh, WSBA #14853
21                                          Tyler L. Farmer, WSBA #39912
                                            999 Third Avenue, Suite 4400
22                                          Seattle, Washington  98104
                                            Telephone:  (206) 623-1700
23                                          Facsimile:  (206) 623-8717
                                            Attorneys for Defendants Kurtis Holmes,
24                                          Hitomi Holmes, AIP Ventures, LLC, and
                                            Blair Sonthreelle
25

26

STIPULATION AND ORDER RE DEFENDANTS'
ANSWER DATE - 2
CASE NO. CV08-0558 RSM

122953.0002/1675216.2

LANE POWELL PC


By _____
Larry S. Gangnes, WSBA #08118
Theodore A. Sheffield, WSBA No. 35874
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
Attorneys for Defendants Richard Ramsey
and Barbara Webb


## ORDER

Based on the above Stipulation of the parties, by and through their counsel of record,

and for good cause showing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Defendants are directed to file their Answers to Plaintiffs' Amended Complaint on or

before April 1, 2009.

DATED: February 18, 2009


_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


Presented by:

LANE POWELL PC

By_____
Larry S. Gangnes, WSBA #08118
Theodore A. Sheffield, WSBA No. 35874
Attorneys for Defendants Richard Ramsey
and Barbara Webb


STIPULATION AND ORDER RE DEFENDANTS'
ANSWER DATE - 3
CASE NO. CV08-0558 RSM

122953.0002/1675216.2