THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES L. GREMP and KAREN E. GREMP, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD RAMSEY and BARBARA WEBB, husband and wife and the marital community comprised thereof; KURTIS HOLMES and HITOMI HOLMES, husband and wife and the marital community comprised thereof; AIP VENTURES, LLC, a Washington limited liability company; and BLAIR SONTHREELLE and JANE DOE SONTHREELLE, husband and wife and the marital community comprised thereof,<br><br>Defendants. | No. C08-0558 RSM<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' ANSWER DATE** |

**STIPULATION**

WHEREAS Plaintiffs filed a Motion to Amend their Complaint and a proposed Amended Complaint on July 28, 2008;

WHEREAS Defendants did not oppose Plaintiffs' Motion to Amend their Complaint, and filed Motions to Dismiss Plaintiffs' Amended Complaint on October 6, 2008;

WHEREAS, the Court granted Defendants' Motions to Dismiss in part, and denied them in part, in an Order dated January 14, 2009.

STIPULATION AND ORDER RE DEFENDANTS'
ANSWER DATE - 1
CASE NO. CV08-0558 RSM

122953.0002/1697099.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

WHEREAS, the Court's January 14, 2009 Order directed Defendants to file Answers to Plaintiffs' Amended Complaint within thirty days of the Court's Order;

WHEREAS, Plaintiffs and Defendants participated in a mediation of all issues and claims conducted by Thomas Harris on March 11, 2009; and

WHEREAS, Plaintiffs and Defendants have continued mediating a potential resolution of all issues and claims with Thomas Harris since March 11, 2009 and need additional time to complete the mediation process.

THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

In the event that the Parties do not reach a settlement of all issues and claims, Defendants will file their Answers to Plaintiffs' Amended Complaint on or before April 15, 2009.

DATED: April 2, 2009

        LAWRENCE & FINKELSTEIN, P.L.L.C.

By _____
    Fred S. Finkelstein, WSBA #14340
    600 University Street, Suite 902
    Seattle, Washington 98101
    Telephone: (206) 587-2332
    Facsimile: (206) 587-2343
    Attorneys for Plaintiffs

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By _____
    Timothy G. Leyh, WSBA #14853
    Tyler L. Farmer, WSBA #39912
    999 Third Avenue, Suite 4400
    Seattle, Washington 98104
    Telephone: (206) 623-1700
    Facsimile: (206) 623-8717
    Attorneys for Defendants Kurtis Holmes, Hitomi Holmes, AIP Ventures, LLC, and Blair Sonthreelle

STIPULATION AND ORDER RE DEFENDANTS'
ANSWER DATE - 2
CASE NO. CV08-0558 RSM

122953.0002/1697099.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

LANE POWELL PC

By _____
Larry S. Gangnes, WSBA #08118
Theodore A. Sheffield, WSBA No. 35874
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
Attorneys for Defendants Richard Ramsey
and Barbara Webb

## ORDER

Based on the above Stipulation of the parties, by and through their counsel of record, and for good cause showing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Defendants are directed to file their Answers to Plaintiffs' Amended Complaint on or before April 15, 2009.

DATED: April 6, 2009

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By_____
   Larry S. Gangnes, WSBA #08118
   Theodore A. Sheffield, WSBA No. 35874
Attorneys for Defendants Richard Ramsey
and Barbara Webb

STIPULATION AND ORDER RE DEFENDANTS'
ANSWER DATE - 3
CASE NO. CV08-0558 RSM

122953.0002/1697099.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107